# EXHIBIT 1

Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

September 28, 2021



G8615-L04-0010630 T00027 P003 ********SCH 5-DIGIT 34428
CHRISTINE HELLYER

## Notice of Data Breach

Dear Christine Hellyer:

We are writing to inform you of a cybersecurity incident that may have involved certain health or other personal information about you. We are reaching out to explain the circumstances of the incident, the types of information involved, what we are doing and have done in response to the breach, and steps that can be taken to help protect your information.

**What happened?** On April 24, 2021, we became aware of a ransomware attack, which led to unauthorized access to certain systems containing protected health information (PHI). We promptly terminated the unauthorized access to the affected systems, launched an investigation, notified law enforcement, and engaged leading cybersecurity firms to help assess the scope of the incident. Unfortunately, certain data appears to have been acquired by an unauthorized third party.

**What information was involved?** The information involved may include your name, address, telephone number, date of birth, health insurance information, and/or diagnosis information.

**What we are doing.** We are working with leading cybersecurity firms to support our investigation and further enhance our security measures, including implementing heightened monitoring and additional information security safeguards.

**What can you do?** Please review the enclosed Information about Identity Theft Protection for additional information on how to protect against identity theft and fraud. You may also take advantage of the complimentary identity protection services being offered.

To help protect your identity, we are offering complimentary access to Experian IdentityWorks℠ for 1 year.

If you believe there was fraudulent use of your information as a result of this incident and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed, then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the incident (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

0010630

G8615-L04

### Information about Identity Theft Protection

**Monitor Your Accounts**

We recommend that you regularly review statements from your accounts and periodically obtain your credit report from one or more of the national credit reporting companies.  You may obtain a free copy of your credit report online at www.annualcreditreport.com, by calling toll-free 1-877-322-8228, or by mailing an Annual Credit Report Request Form (available at www.annualcreditreport.com) to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA, 303485281.  You may also purchase a copy of your credit report by contacting one or more of the three national credit reporting agencies listed below.

| Equifax® | Experian | TransUnion® |
|---|---|---|
| P.O. Box 740241 | P.O. Box 9702 | P.O. Box 1000 |
| Atlanta, GA 30374-0241 | Allen, TX 75013-9701 | Chester, PA 19016-1000 |
| 1-800-685-1111 | 1-888-397-3742 | 1-800-888-4213 |
| www.equifax.com | www.experian.com | www.transunion.com |

When you receive your credit reports, review them carefully.  Look for accounts or creditor inquiries that you did not initiate or do not recognize.  Look for information, such as home address and Social Security number that is not accurate.  If you see anything you do not understand, call the credit reporting agency at the telephone number on the report.

**Credit Freeze**

You have the right to put a security freeze, also known as a credit freeze, on your credit file, so that no new credit can be opened in your name without the use of a Personal Identification Number (PIN) that is issued to you when you initiate a freeze.  A credit freeze is designed to prevent potential credit grantors from accessing your credit report without your consent.  If you place a credit freeze, potential creditors and other third parties will not be able to access your credit report unless you temporarily lift the freeze.  Therefore, using a credit freeze may delay your ability to obtain credit.  Pursuant to federal law, you cannot be charged to place or lift a credit freeze on your credit report.  Should you wish to place a credit freeze, please contact all three major consumer reporting agencies listed below.

| Equifax® | Experian | TransUnion® |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30348-5788 | Allen, TX 75013-9554 | Chester, PA 19016-2000 |
| 1-800-685-1111 | 1-888-397-3742 | 1-888-909-8872 |
| www.equifax.com/personal/ credit-report-services | www.experian.com/ freeze/center.html | www.transunion.com/ credit-freeze |

You must separately place a credit freeze on your credit file at each credit reporting agency.  The following information should be included when requesting a credit freeze:

1) Full name, with middle initial and any suffixes;
2) Social Security number;
3) Date of birth (month, day, and year);
4) Current address and previous addresses for the past five (5) years;
5) Proof of current address, such as a current utility bill or telephone bill;
6) Other personal information as required by the applicable credit reporting agency;

If you request a credit freeze online or by phone, then the credit reporting agencies have one (1) business day after receiving your request to place a credit freeze on your credit file report.  If you request a lift of the credit freeze online or by phone, then the credit reporting agency must lift the freeze within one (1) hour.  If you request a credit freeze or lift of a credit freeze by mail, then the credit agency must place or lift the credit freeze no later than three (3) business days after getting your request.

**Fraud Alerts**

You also have the right to place an initial or extended fraud alert on your file at no cost.  An initial fraud alert lasts 1-year and is placed on a consumer's credit file.  Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit.  If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.  Should you wish



0010630

G8615-L04

to place a fraud alert, please contact any one of the agencies listed below. The agency you contact will then contact the other two credit agencies.

| Equifax® | Experian | TransUnion® |
|---|---|---|
| P.O. Box 105788 | P.O. Box 9554 | P.O. Box 2000 |
| Atlanta, GA 30348-5788 | Allen, TX 75013-9554 | Chester, PA 19016-2000 |
| 1-888-766-0008 | 1-888-397-3742 | 1-800-680-7289 |
| www.equifax.com/personal/credit-report-services | www.experian.com/freeze/center.html | www.transunion.com/fraud-victim-resource/place-fraud-alert |

**Monitor Your Personal Health Information**

If applicable to your situation, we recommend that you regularly review the explanation of benefits statement that you receive from your insurer. If you see any service that you believe you did not receive, please contact your insurer at the number on the statement. If you do not receive the regular explanation of benefits statements, contact your provider and request them to send such statements following the provision of services in your name or number.

You may want to order copies of your credit reports and check for any medical bills that you do not recognize. If you find anything suspicious, call the credit reporting agency at the phone number on the report. Keep a copy of this notice for your records in case of future problems with your medical records. You may also want to request a copy of your medical records from your provider, to serve as a baseline. If you are a California resident, we suggest that you visit the website of the California Office of Privacy Protection at www.privacy.ca.gov to find more information about your medical privacy.

**Federal Trade Commission and State Attorneys General Offices**

If you believe you are the victim of identity theft or have reason to believe your personal information has been misused, you should immediately contact the Federal Trade Commission and/or the Attorney General's office in your home state. You may also contact these agencies for information on how to prevent or minimize the risks of identity theft, including the use of fraud alerts and security freezes. You may contact the **Federal Trade Commission**, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580, www.ftc.gov/bcp/edu/microsites/idtheft/, 1-877-IDTHEFT (438-4338).

Residents of Massachusetts, Maryland, North Carolina, New York, Connecticut, and the District of Columbia can obtain more information about preventing and avoiding identity theft from their Attorneys General using the contact information below.

**For Massachusetts residents:** You are advised to report any suspected identity theft to law enforcement and that you have the right to obtain a police report.

**For Maryland residents:** You may contact the Maryland Office of the Attorney General, Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202, www.oag.state.md.us, 1-888-743-0023.

**For North Carolina residents:** You may contact the North Carolina Office of the Attorney General, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001, www.ncdoj.gov, 1-877-566-7226.

**For New York residents:** You may contact the New York Office of the Attorney General, The Capitol, Albany, NY 12224-0341; 1800-771-7755; https://ag.ny.gov/.

**For Connecticut residents:** You may contact the Connecticut Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106, 1-860-808-5318, www.ct.gov/ag.

**For District of Columbia residents**: You may contact the Office of the Attorney General for the District of Columbia, 400 6th Street, NW, Washington, DC 20001, 202-727-3400, https://oag.dc.gov/about-oag/contact-us.

**For Iowa residents:** You are advised to report any suspected identity theft to law enforcement or to the Iowa Attorney General.

**For Oregon residents:** You are advised to report any suspected identity theft to law enforcement, including the Federal Trade Commission, and the Oregon Attorney General.

Please note that Identity Restoration is available to you for 1 year from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration.

While identity restoration assistance is immediately available to you, we also encourage you to activate the fraud detection tools available through Experian IdentityWorks as a complimentary 1 year membership. This product provides you with superior identity detection and resolution of identity theft. To start monitoring your personal information, please follow the steps below:

- Ensure that you **enroll by December 31, 2021** (Your code will not work after this date.)
- Visit the Experian IdentityWorks website to enroll: **https://www.experianidworks.com/credit**
- Provide your activation code: **JXNPG6F79**

If you have questions about the product, need assistance with Identity Restoration that arose as a result of this incident or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at **(833) 541-1165** by **December 31, 2021**. Be prepared to provide engagement number **B018848** as proof of eligibility for the Identity Restoration services by Experian.

### ADDITIONAL DETAILS REGARDING YOUR ONE YEAR EXPERIAN IDENTITYWORKS MEMBERSHIP

A credit card is not required for enrollment in Experian IdentityWorks. You can contact Experian immediately regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- Experian credit report at signup: See what information is associated with your credit file. Daily credit reports are available for online members only.[*]
- Credit Monitoring: Actively monitors Experian file for indicators of fraud.
- Identity Restoration: Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- Experian IdentityWorks ExtendCARE™: You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- $1 Million Identity Theft Insurance[**]: Provides coverage for certain costs and unauthorized electronic fund transfers.

We take the privacy and security of your information very seriously. We sincerely regret any worry or inconvenience this matter may cause you. If you have further questions or concerns, or would like an alternative to enrolling online, please call (833) 541-1165 toll-free Monday through Friday from 8 am – 10 pm Central, or Saturday and Sunday from 10 am – 7 pm Central (excluding major U.S. holidays). Be prepared to provide your engagement number B018848.

Sincerely,

Bright Now! Dental - Crystal River
Castle 1st Dental Care, P.A.

---

[*] Offline members will be eligible to call for additional reports quarterly after enrolling.
[**] The Identity Theft Insurance is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.