# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE HELLYER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>SMILE BRANDS INC.; and CASTLE 1st DENTAL CARE d/b/a BRIGHT NOW! DENTAL – CRYSTAL RIVER,<br><br>        Defendants. | Case No. 8:21-cv-01886-DOC-ADS<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE CASES UNDER FED. R. CIV. P. 42(a); TO EXTEND TIME; TO SET A BRIEFING SCHEDULE AND EXPAND PAGE LIMITS ON DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT; AND FOR THE INTERIM APPOINTMENT OF LEAD CLASS COUNSEL [26]** |

**ORDER**

Having read and considered the parties' joint Stipulation to Consolidate Cases Pursuant to Fed. R. Civ. P. 42(A); To Extend Time; To Set a Briefing Schedule and Expand Page Limits For Defendants' Motion to Dismiss the Consolidated Complaint; and For The Interim Appointment of Lead Class Counsel and for good cause appearing, it is **HEREBY ORDERED** as follows:

1. The above-captioned actions currently pending before the Court—*Warren v. Smile Brands Inc.*, 2:21-cv-09337-DOC-ADS (C.D. Cal.), *Hellyer v. Smile Brands, Inc.*, 8:21-cv-01886-DOC-ADS, *Ponce v. Smile Brands Inc.*, 8:21-cv-02115-DOC-ADS, and *Richard v. Smile Brands Inc.*, 8:22-cv-00092-DOC-ADS (collectively, the "Actions")—shall be consolidated for all purposes. All future filings shall be filed in the low-number case, 8:21-cv-01186-DOC-ADS. Cases 2:21-cv-09337-DOC-ADS, 8:21-cv-02115-DOC-ADS, and 8:22-cv-00092-DOC-ADS shall be administratively closed.

2. The following counsel are appointed under Rule 23(g) as interim co-lead class counsel: John Yanchunis of Morgan & Morgan, John Federman of Federman & Sherwood, and Abbas Kazerounian of Kazerouni Law Group APC.

3. The following counsel are appointed under Rule 23(g) as interim co-liaison class counsel: Daniel S. Robinson of Robinson Calcagnie, Inc. and Patrick Keegan of Keegan & Baker LLP.

4. The named plaintiffs in the Actions ("Plaintiffs") are directed to file a consolidated complaint 30 days after the Court's appointment of interim class counsel;

1

5. The deadlines for the defendants in all Actions ("Defendants") to respond to the complaints in the Actions shall be extended to, and Defendants shall file a motion to dismiss the consolidated complaint by, 30 days after the deadline for Plaintiffs to file their consolidated complaint; Plaintiffs' opposition to the motion to dismiss shall be due 30 days thereafter; and Defendants' reply shall be due 30 days after the opposition.

6. The page limits for Defendants' memorandum in support of and Plaintiffs' opposition to the motion to dismiss the consolidated complaint shall be expanded by 5 pages, to 30 pages each.

**IT IS SO ORDERED.**

Dated: February 1, 2022

*/s/ David O. Carter*
Hon. David O. Carter
United States District Judge