# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE HELLYER, ANGELICA PONCE, CHARLES WARREN, DESTINEE RICHARD, and TAMMIE EDWARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMILE BRANDS INC., SMILE BRANDS GROUP INC., and SMILE BRANDS FINANCE, INC,<br><br>Defendants. | Case No.: 8:21-cv-01886-DOC-ADS<br><br>Hon. David O. Carter<br>Courtroom 10A<br><br>**ORDER GRANTING JOINT STIPULATION TO EXCEED WORD COUNT FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT [75]** |

Having read and considered the parties' Joint Stipulation to Exceed Word County for Plaintiffs' Motion for Preliminary Approval and for good cause appearing, it is **HEREBY ORDERED** as follows:

1. Plaintiffs may exceed the 7,000-word count limit pursuant to L.R. 11-6.1 for their Motion for Preliminary Approval; and

2. The Motion for Preliminary Approval is not to exceed 8,500 words, excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits.

**IT IS SO ORDERED:**

Dated: June 27, 2023

*David O. Carter*
Hon. David O. Carter
United States District Judge