MORGAN & MORGAN COMPLEX LITIGATION GROUP
JOHN A. YANCHUNIS (*pro hac vice*)
jyanchunis@ForThePeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 275-5272
Facsimile: (813) 222-4736

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN (*pro hac vice*)
wbf@federmanlaw.com
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN (SBN 249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Plaintiffs' Interim Co-Lead Counsel*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE HELLYER, ANGELICA PONCE, CHARLES WARREN, DESTINEE RICHARD, and TAMMIE EDWARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMILE BRANDS INC., SMILE BRANDS GROUP INC., and SMILE BRANDS FINANCE, INC.,<br><br>Defendants. | Case No.: 8:21-cv-01886-DOC-ADS<br><br>Hon. David O. Carter<br>Courtroom 10A<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL [PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT [89-2]** |

1

Before the Court is Plaintiffs' Application for Leave to File Under Seal the [Proposed] Order Granting Final Approval.

Having considered the Application and all papers in support thereof, the Court grants Plaintiffs leave to file the [Proposed] Order Granting Final Approval under seal in accordance with Local Rule 79-5.2.2(c).

**IT IS SO ORDERED.**

Dated: _____January  16, 2024_____              _____
                                                 Hon. David O. Carter
                                                 United States District Judge