# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 21-01886-DOC-(ADSx)     Date: January 16, 2024

Title: Christine Hellyer et al v. Smile Brands, Inc. et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Michael Olson | Douglas Smith |
| Patrick Keegan | |
| Daniel Robinson | |
| John Yanchunis | |

**PROCEEDINGS:** MOTION FOR SETTLEMENT FINAL APPROVAL OF CLASS ACTION SETTLEMENT [85]

MOTION FOR ATTORNEY FEES AND COSTS, AND SERVICE AWARDS [84]

The case is called. The Court and counsel confer.

The Court approves final agreement as proposed. Written orders to issue.

:   40

Initials of Deputy Clerk: kdu