1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

CHRISTINE HELLYER, ANGELICA
PONCE, CHARLES WARREN,
DESTINEE RICHARD, and TAMMIE
EDWARDS, individually and on
behalf of all others similarly situated,

            Plaintiffs,

      v.

SMILE BRANDS INC., SMILE
BRANDS GROUP INC., and SMILE
BRANDS FINANCE, INC.,

            Defendants.

Case No. 8:21-cv-01886-DOC-ADS

Hon. David O. Carter
Courtroom 10A

**JUDGMENT**

On January 16, 2024, the Court granted Plaintiffs' motion for final approval (Dkt. 94) and granted Plaintiffs' motion for an award of Class Counsel's Fee Award and Costs and the Class Representatives' Service Awards. (Dkt. 95.)  All claims and parties to this action are dismissed with prejudice, and each party is to bear its own attorneys' fees and costs except as provided in the Court's order granting Plaintiffs' Motion for a Fee and Expense Award.  The Parties are directed to implement the Settlement Agreement in accordance with its terms.  The Court retains jurisdiction to enforce the terms of the Settlement Agreement.  Judgment is entered.

**IT IS SO ORDERED.**

Dated:   January 29   , 2024

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE